*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 21, 2016          522045
_____

In the Matter of TYRONE
    HOUSTON,
                    Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  June 6, 2016

Before:  Lahtinen, J.P., Egan Jr., Lynch, Devine and Mulvey, JJ.

_____

        Tyrone Houston, Romulus, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a tier III disciplinary determination finding him
guilty of drug use.  The Attorney General has advised this Court
that the determination has been administratively reversed, all
references thereto have been expunged from petitioner's
institutional record and the mandatory $5 surcharge has been
refunded to petitioner's inmate account.  In view of this,
petitioner has received all of the relief to which he is entitled
and the petition must be dismissed as moot.  Petitioner's request

for costs is denied, but we do award disbursements in the amount of $46.82 (see e.g. Matter of Clark v New York State Dept. of Corr. & Community Supervision, 138 AD3d 1331, 1332 [2016]; Matter of Shapard v Annucci, 137 AD3d 1398, 1398 [2016]).

Lahtinen, J.P., Egan Jr., Lynch, Devine and Mulvey, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $46.82.

ENTER:

Robert D. Mayberger
Clerk of the Court